NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3079

PATRICIA HOOKS,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752070959-I-1.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

The court treats Patricia Hooks' submission as a motion for leave to file a nonconforming Fed. Cir. R. 15(c) statement concerning discrimination.

Rather than submitting the court's Rule 15(c) form, Hooks submits a typed "Statement Concerning Discrimination in Support of Petition for Review." Hooks states that she raised claims of discrimination before the Merit Systems Protection Board but that the claims were ignored in the Board's decision.

The court notes that the Board's administrative judge did not address any discrimination issues in his decision. Thus, we determine that Hooks has complied with the requirements of Rule 15(c) and we grant Hooks' motion.

Accordingly,

IT IS ORDERED THAT:

(1)     Hooks' motion for leave to file a nonconforming Rule 15(c) statement is granted.

(2)     Hooks' brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**FEB 2 4 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK

cc:     Patricia Hooks (informal brief form enclosed)
        James P. Connor, Esq.

s17